**Order entered December 10, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00349-CR

**RONALD GAYLON ROSSER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-81000-2015**

## ORDER

Before the Court is appellant's December 6, 2019 second extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before January 6, 2020. The failure to file a brief by that date may result in the appeal being abated for a hearing. *See* TEX. R. APP. P. 38.8(b)(3).

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE